# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA TEAL, #305729, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-0172-CG-N |
| | ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).[1]

**DONE** and **ORDERED** this the 8th day of March, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did not file a second amended complaint by March 1, 2021 as required by the Order issued on February 8, 2021 (Doc. 15).